# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2019

## NO. 03-19-00056-CR

**Don Roberto Brown, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.